# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

ROBERTO RIVERA,
      Appellant,

    v.

DEPARTMENT OF VETERANS
  AFFAIRS,
      Agency.

DOCKET NUMBER
NY-0714-21-0158-R-1

DATE: May 19, 2022

# THIS ORDER IS NONPRECEDENTIAL[*]

Alan E. Wolin, Jericho, New York, for the appellant.

Jean M. Rummel, Bedford, Massachusetts, for the agency.

**BEFORE**

Raymond A. Limon, Vice Chair
Tristan L. Leavitt, Member

**REMAND ORDER**

¶1      The Board reopens this appeal on its own motion pursuant to its authority under 5 U.S.C. § 7701(e)(1)(B) and 5 C.F.R. § 1201.118. Please note that the docket number in this appeal has been changed in accordance with Board practice when an appeal is reopened.

---

[*] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

¶2      Consistent with our decision in *Wilson v. Department of Veterans Affairs*, 2022 MSPB 7 (2022), we hold that the appellant timely filed his appeal under the procedures and time limits of 5 U.S.C. § 7702, 5 C.F.R. § 1201.154, and 29 C.F.R. § 1614.302(d).  We therefore VACATE the Board's final decision in NY-0714-21-0158-I-1 and REMAND this case to the New York Field Office for adjudication on the merits.


FOR THE BOARD:                              /s/ for
                                   _____
                                   Jennifer Everling
                                   Acting Clerk of the Board
Washington, D.C.